UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSSELL REYNOLDS ASSOCIATES, INC., <br>        Plaintiff, <br><br>      -v.- <br><br> NADEZDA USINA, <br>        Defendant. | 23 Civ. 2369 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

 The Court is in receipt of Plaintiff's Order to Show Cause, filed today, for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery (ECF Nos. 5-8), and Plaintiff's Letter-Motion requesting oral argument today (ECF No. 14). The Court is also in receipt of Defendant's letter, in which Defendant states that she does not consent to Plaintiff's application and argues that Plaintiff, in violation of Rules 4.B and 4.D, respectively, of the Court's Individual Rules and Practices in Civil Cases, failed to meet and confer before bringing the Order to Show Cause and to seek a hearing at a mutually agreeable time. ECF No. 15.

 Email correspondence appended to Defendant's letter indicates that, consistent with Rule 4.B, the parties met and conferred via email, letter, and by telephone or video conference before Plaintiff filed its application. *See id.*, Ex. A. With respect to Rule 4.D, Defendant is correct that, "[i]f the movant's adversary has been notified but does not consent to temporary injunctive relief, the movant must bring the application to the Court at a mutually agreeable time." Rule 4.D. Accordingly, by **2:00 P.M. EST on March 22, 2023**, the parties shall meet and confer and file a letter proposing a briefing schedule and hearing date for Plaintiff's application. If agreement cannot be reached, the parties should so indicate and submit their respective proposals.

SO ORDERED.

Dated: March 21, 2023
      New York, New York

                                                  *Jennifer H. Rearden*
                                                JENNIFER H. REARDEN
                                                United States District Judge