UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSSELL REYNOLDS ASSOCIATES, INC., <br><br>                        Plaintiff,<br><br>                -v.-<br><br>NADEZDA USINA,<br><br>                        Defendant. | 23 Civ. 2369 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On consent of the parties, and for good cause, the temporary injunctive relief issued on April 21, 2023, pending the preliminary injunction hearing originally scheduled for May 4, 2023 and adjourned at the request of the parties, is hereby extended through May 19, 2023. The extension will allow, *inter alia,* the parties to conduct reasonable expedited discovery. It will further allow the Court to review the parties' forthcoming submissions and hold an evidentiary hearing. An order will issue regarding the pre-hearing expedited discovery matters raised by the parties on May 3, 2023, as well as pre-hearing procedures. The order will also schedule the preliminary injunction hearing.

SO ORDERED.

Dated: May 4, 2023
       New York, New York

                                                            JENNIFER H. REARDEN
                                                            United States District Judge