**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**John P. Barry**
John.barry@weil.com

May 1, 2023

**VIA ECF ELECTRONIC FILING**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

   Re: *Russell Reynolds Associates, Inc. v. Usina,* Case No. 1:23-cv-02369-JHR; Response to Defendant's April 25, 2023 Letter Motion Regarding Scope of Order and Discovery Dispute

Dear Judge Rearden:

On behalf of Plaintiff Russell Reynolds Associates, Inc. ("RRA"), we write to inform the Court that RRA seeks to withdraw its April 24, 2023 Letter Motion Regarding Redaction of the Hearing Transcript from April 4, 2023 (ECF No. 46) ("Letter Motion to Redact").

In the Letter Motion to Redact, RRA had moved to redact certain references to a client name in the transcript of the hearing before the Court on April 4, 2023. This same client name, however, has already been identified publicly on the record by Defendant in Defendant's papers. In light of this, RRA respectfully seeks to withdraw its Letter Motion to Redact.

Thank you for Your Honor's consideration.

> Plaintiff's request to withdraw its letter-motion to redact the April 4, 2023 hearing transcript is GRANTED. The Clerk of Court is directed to terminate ECF No. 46. SO ORDERED.
>
> */s/ Jennifer H. Rearden*
> May 8, 2023

Respectfully,

*/s/ John P. Barry*

John P. Barry

cc: All Counsel of Record (via electronic service)