```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUSSELL REYNOLDS ASSOCIATES, INC.,

                    Plaintiff,

-v.-

NADEZDA USINA,

                    Defendant.

23 Civ. 2369 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

On **May 12, 2023**, at **10:15 A.M.**, the Court will hold a teleconference to address the outstanding discovery issues raised in Plaintiff's May 10, 2023 letter. *See* ECF No. 72. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 877 465 591#. Members of the public may call the same number but are to keep their phones muted during the proceeding.

SO ORDERED.

Dated: May 11, 2023
       New York, New York

                                      */s/ Jennifer H. Rearden*
                                      JENNIFER H. REARDEN
                                      United States District Judge