UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSSELL REYNOLDS ASSOCIATES, INC.,<br><br>        Plaintiff,<br><br>   -v.-<br><br>NADEZDA USINA,<br><br>        Defendant. | 23 Civ. 2369 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  Before the Court are the parties' respective letter-motions to compel responses to written expedited discovery requests in advance of the May 18, 2023 preliminary injunction hearing. *See* ECF Nos. 66, 69.[1] On May 10, 2023, after meeting and conferring, the parties filed letters further addressing their letter-motions. *See* ECF Nos. 71, 72. Plaintiff withdrew its letter-motion as to all requests except for RFP Nos. 1 and 3 and Supplemental RFP No. 6 to Defendant. ECF No. 72. Defendant withdrew her letter-motion in its entirety. ECF No. 71. In addition, on May 12, 2023, Defendant filed a letter-motion requesting permission to file a pre-hearing memorandum of law. *See* ECF No. 78.

  At a conference on May 12, 2023, the outstanding requests in Plaintiff's letter-motion—RFP Nos. 1 and 3 and Supplemental RFP No. 6—were addressed. For the reasons stated at the conference, Plaintiff's letter-motion is GRANTED IN PART. With respect to RFP No. 1, Defendant shall promptly search for and produce any responsive documents and communications that post-date March 21, 2023. By May 15, 2023, Defendant shall file a letter confirming that she has conducted that search and that any responsive documents and communications have been

---

[1] Plaintiff also filed a letter-motion to compel at ECF No. 67, which was subsequently corrected at ECF No. 69.

1

produced.  Defendant shall also state whether any documents or communications responsive to RFP No. 1 have been withheld from production at any point, and if so, Defendant's basis for withholding those materials.

As to RFP No. 3, Defendant shall produce any responsive communications, from January 1, 2018 to September 15, 2022, with Ms. Naumes, Ms. Hernandez, and/or Ms. Rosenberg, and any responsive documents from that same time frame pertaining to Defendant's alleged violation of the employee non-solicitation covenant of the Stock Agreement with respect to Ms. Naumes, Ms. Hernandez, and Ms. Rosenberg.  *See* ECF No. 7-1.  In all other respects, Plaintiff's request is DENIED without prejudice to renewal should discovery reveal relevant information pertaining to the purported solicitation of any other Russell Reynolds employees.

As per Plaintiff's counsel's statement at the May 12, 2023 conference, Plaintiff has withdrawn its request to compel Defendant's response to Supplemental RFP No. 6.

As further stated at the May 12 conference, Defendant's letter-motion to file a pre-hearing memorandum of law (ECF No. 78) is GRANTED insofar as Defendant intends to address the Court's subject matter jurisdiction.  By May 14, 2023 at 5 P.M., Defendant shall file her memorandum of law.  By May 15 at 5 P.M., Plaintiff shall respond.

By May 16, 2023, the parties shall meet and confer for at least one hour regarding settlement.  By May 17, 2023, the parties shall file a letter updating the Court on the status of their discussions and whether referral to a Magistrate Judge for settlement would be productive.

The Clerk of the Court is directed to terminate ECF Nos. 66, 67, 69, and 78.

SO ORDERED.

Dated: May 12, 2023
       New York, New York

                                                      JENNIFER H. REARDEN
                                                      United States District Judge