USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUSSELL REYNOLDS ASSOCIATES, INC.,

                Plaintiff,

-v.-

NADEZDA USINA,

                Defendant.

---

23 Civ. 2369 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      On May 12, 2023, Defendant filed an application for leave to submit a memorandum of law "addressing matters developed in discovery" relating to the amount-in-controversy requirement, 28 U.S.C. § 1332(a), that allegedly bear on the Court's subject matter jurisdiction. ECF No. 78.  On May 12, the Court granted Defendant's application, directed Defendant to file her memorandum of law by May 14, and directed Plaintiff to file a response by May 15.  ECF No. 79.

      On May 14, Defendant filed her memorandum of law, ECF No. 93, and on May 15, Plaintiff filed its response, ECF No. 99.

      Upon consideration of the parties' submissions, Defendant's request to dismiss this case for lack of subject matter jurisdiction is DENIED.  A decision setting forth the reasons for this ruling will issue in due course.

      SO ORDERED.

Dated: May 16, 2023
       New York, New York

                                                JENNIFER H. REARDEN
                                                United States District Judge