UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUSSELL REYNOLDS ASSOCIATES, INC.,

                Plaintiff,

-v.-

NADEZDA USINA,

                Defendant.

23 Civ. 2369 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    Based on the parties' submissions and the argument held on May 15, 2023, the Court is inclined to conduct a hearing on Plaintiff's motion to hold Defendant in contempt. The parties shall appear for a teleconference on **May 19, 2023** at **4:00 p.m.** to discuss next steps. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 709 326 882#. Members of the public may call the same number but are to keep their phones muted during the proceeding.

    By **10:00 a.m.** on **May 19, 2023**, Plaintiff and Defendant are each directed to submit a letter, not to exceed two single-spaced pages, setting forth possible hearing dates, as well as the parties' respective positions on (1) the extent to which discovery is necessary and/or appropriate in advance of the hearing, and (2) whether the hearing should be held jointly with the preliminary injunction hearing.

    The parties shall confer about the aforementioned matters prior to the conference.

    SO ORDERED.

Dated: May 17, 2023
       New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge