```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUSSELL REYNOLDS ASSOCIATES, INC.,

                        Plaintiff,

-v.-

NADEZDA USINA,

                        Defendant.

23 Civ. 2369 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    As stated on the record during the May 19, 2023 telephone conference in this matter:

- By **May 24, 2023** at **5:00 p.m.**, Defendant shall produce the documents identified in Plaintiff's May 19, 2023 letter (ECF No. 108).

- On **May 31, 2023**, the parties shall appear before Magistrate Judge Cott for a settlement conference.

- A hearing on Plaintiff's contempt motion will take place on **June 7, 2023** in Courtroom 12B, 500 Pearl Street, New York, NY 10007.  Additional details regarding the hearing will be provided by separate order.

    Moreover, by **June 2, 2023** at **12:00 p.m.**, the parties shall file any supplemental briefs relating to Plaintiff's contempt motion.

    SO ORDERED.

Dated: May 22, 2023
       New York, New York

                                                      *Jennifer H. Rearden*
                                                      JENNIFER H. REARDEN
                                                      United States District Judge