UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUSSELL REYNOLDS ASSOCIATES, INC.,

                      Plaintiff,

-v.-

NADEZDA USINA,

                      Defendant.

23 Civ. 2369 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    The Court is in receipt of Defendant's motion and supporting papers, filed at **1:53 a.m. today** (May 23, 2023).  ECF Nos. 113, 114.  Therein, Defendant states that, "[u]nless [the temporary restraints] [are] lifted or modified by **the morning of [tomorrow] May 24**, Defendant will respectfully notice an appeal to the Second Circuit, and Defendant requests in the alternative that this Court stay" the temporary restraints in part "during the pendency of that appeal."  ECF No. 113 at 1 (emphasis added).  Plaintiff is directed to respond to Defendant's motion by **4:00 p.m. today.**

    SO ORDERED.

Dated:  May 23, 2023
          New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge