UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSSELL REYNOLDS ASSOCIATES, INC.,<br><br>       Plaintiff,<br><br>     -v.-<br><br>NADEZDA USINA,<br><br>       Defendant. | 23 Civ. 2369 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  On May 23, 2023, at 1:53 a.m., Defendant moved to lift or modify the temporary restraints entered by the Court on April 21, 2023, or, in the alternative, to stay the April 21 Order in part pending any appeal. ECF Nos. 113, 114, 116. Defendant's 28-page motion, supported by a declaration and 26 exhibits, asserts that, unless the Court has "lifted or modified" the temporary restraints "by the morning of May 24," then Defendant will notice an appeal to the Second Circuit. ECF No. 116 at 1. At 9:57 a.m. on May 23, in order to ensure that Plaintiff had some opportunity to be heard in the event Defendant sought an immediate appeal, the Court directed Plaintiff to respond to Defendant's motion by 4:00 p.m. that day. ECF No. 115. Within approximately six hours, Plaintiff prepared and filed a 21-page brief. ECF No. 117.

  The Court, not the parties, controls its docket and the scheduling of matters before it. Although the Court appreciates the urgency surrounding requests for temporary injunctive relief, the Court will not operate according to the artificial time constraints purportedly imposed by Defendant. Effectively demanding that the Court review nearly 50 pages of briefing and dozens of exhibits and rule in approximately 24 hours is not reasonable.

  The parties shall appear for a teleconference on Defendant's motion on May 30, 2023, at 11:30 a.m. Counsel should join the conference by dialing 646-453-4442 and entering

Conference ID: 115 206 340#.  Members of the public may call the same number but are to keep their phones muted during the proceeding.

    SO ORDERED.

Dated:  May 24, 2023
       New York, New York

                                                      _____
                                                      JENNIFER H. REARDEN
                                                      United States District Judge