```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUSSELL REYNOLDS ASSOCIATES, INC.,

                          Plaintiff,

                -v.-

NADEZDA USINA,

                         Defendant.

23 Civ. 2369 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    Having been informed that the parties have reached a settlement in principle, the Court hereby ADJOURNS *sine die* the hearing on Plaintiff's motion for contempt, previously scheduled for June 7, 2023, and the hearing on Plaintiff's motion for a preliminary injunction, previously scheduled for June 13, 2023.

    SO ORDERED.

Dated:  June 1, 2023
           New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge