**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**John P. Barry**
John.barry@weil.com

July 20, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2023
```

**VIA ECF ELECTRONIC FILING**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re: *Russell Reynolds Associates, Inc. v. Usina,* Case No. 1:23-cv-02369-JHR; Joint Letter Response to Your Honor's June 30, 2023 Order (ECF No. 150)

Dear Judge Rearden:

On behalf of Plaintiff Russell Reynolds Associates, Inc. ("RRA"), we write jointly with counsel for Defendant Nadezda Usina ("Usina") pursuant to this Court's June 30, 2023 Order (ECF No. 150). The Parties respectfully inform Your Honor that neither Party will be making a motion that any document remain under seal or in redacted form.

Thank you for Your Honor's consideration.

Respectfully,

*/s/ John P. Barry/*

John P. Barry

cc: All Counsel of Record (via electronic service)

---

Per the parties' request, the Clerk of Court is directed to unseal ECF Nos. 11, 75, 78, 83, 84, 89, 93, 97, and 113.  In addition, the Clerk of Court is directed to terminate ECF Nos. 74, 77, 86, and 95.

SO ORDERED.

*/s/ Jennifer H. Rearden/*
July 24, 2023